IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WASHINGTON COUNTY BOARD
OF EDUCATION, *

    **Plaintiff** *

**v.** *     **CIVIL NO. JKB-19-1854**

MALLINCKRODT ARD, INC., et al., *

    **Defendants.** *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the foregoing memorandum, it is ORDERED:

1. Plaintiff's motion to remand (ECF No. 34) is DENIED and Lapointe is DISMISSED from the case with prejudice;

2. Lapointe's motion to dismiss the amended complaint (ECF No. 50) is DENIED as moot;

3. Mallinckrodt's motion to dismiss the amended complaint (ECF No. 51) and Express Scripts' motion to dismiss the amended complaint (ECF No. 56) are GRANTED;

4. Mallinckrodt, Express Scripts, and Lapointe's motions to dismiss Plaintiff's complaint (ECF Nos. 23, 25, 31) are DENIED as moot;

5. The Amended Complaint in the above-caption action is DISMISSED;

6. The Clerk is directed to CLOSE THIS CASE.

DATED this 3 day of January, 2020.

                        BY THE COURT:

                        James K. Bredar
                        United States District Judge